## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| IRA SEIDEL,<br>3201 Szold Avenue<br>Baltimore, Maryland 21208 | * | |
| Plaintiff | * | |
| v. | * | |
| ESTHER M. PETTIFORD,<br>409 Morley Drive<br>Fayetteville, NC 28314 | * | Civil Action No.: 2020 CA 001506 V |
| and | * | |
| ACADEMY EXPRESS, LLC,<br>a/k/a Academy Bus and Academy<br>111 Paterson Avenue<br>Hoboken, NJ 07030<br>SERVE ON:<br>Sean Shanahan, Resident Agent<br>8861 Citation Road<br>Baltimore, Maryland 21221 | * | |
| and | * | |
| ACADEMY BUS, LLC,<br>SERVE ON:<br>Francis Tedesco, Resident Agent<br>1700 Rochelle Avenue<br>Capital Heights, Maryland 20743 | * | |
| and | * | |
| ACADEMY EXPRESS BUS,<br>111 Paterson Avenue<br>Hoboken, NJ 07030<br>SERVE ON:<br>Sean Shanahan, Resident Agent<br>8861 Citation Road<br>Baltimore, Maryland 21221 | * | |
| Defendants | | |

*********************************************************************

EXHIBIT A

## COMPLAINT

Plaintiff, Ira Seidel, by and through his attorneys, Seigel and Rouhana, LLC and Paul N. Rouhana, files this action against the Defendants, Esther M. Pettiford, Academy Express, LLC, Academy Bus, LLC, and Academy Express Bus, for that:

1. On or about June 25, 2017, the Plaintiff, Ira Seidel, was sitting at a red-light on Massachusetts Avenue at or near its intersection with 7th Street in Washington, D.C.

2. On that date and at that location, Defendant, Esther Pettiford, was also sitting at a red-light on Massachusetts Avenue, in the lane to the left of Plaintiff, when the light turned green and the parties proceeded forward, when suddenly and without warning, Defendant merged into Plaintiff's lane and side-swiped Plaintiff's motor vehicle.

3. Defendant, Esther Pettiford, was operating a bus owned by Defendants, Academy Express, LLC, Academy Bus, LLC, and Academy Express Bus.

4. At the time of the accident the Defendant, Esther Pettiford, was operating said bus with the expressed and implied permission of the Defendants, Academy Express, LLC, Academy Bus, LLC, and Academy Express Bus.

5. At the time of the accident the Defendant, Esther Pettiford, was acting as an agent, servant, and employee of the Defendant, Academy Express, LLC, Academy Bus, LLC, and Academy Express Bus.

6. The accident and the injuries and damages sustained by the Plaintiff, Ira Seidel, were caused by the recklessness, carelessness, and negligence of the Defendant, Esther Pettiford, as the agent, servant, and employee of Defendants, Academy Express, LLC, Academy Bus, LLC, and Academy Express Bus in, among other negligent acts and omissions:

(a) Failed to stop and remain at the scene following an auto accident;

(b) Failure to maintain proper control over the motor vehicle;

(c) Failing to exercise due care under the circumstances;

(d) Failing to yield the right away to Plaintiff's motor vehicle;

(e) Failed to maintain a proper lookout;

(f) Failing to break in time to avoid a collision;

(g) Failing to exercise proper care and attention to traffic conditions then existing; and

(h) Defendant was otherwise negligent

7. As a direct and proximate result of the negligence of the Defendants, as aforesaid, the Plaintiff, Ira Seidel, was caused to suffer and sustain serious, painful, and permanent injuries about his head, neck, and body and limbs.

8. The Plaintiff, Ira Seidel, was rendered sick, sore, and disabled.

9. The Plaintiff, Ira Seidel, has incurred and will incur hospital, medical, and other expenses.

10. The Plaintiff, Ira Seidel, has lost and will lose time from his gainful employment and usual avocations.

11. The Plaintiff, Ira Seidel, motor vehicle was damaged and he was deprived of the use of same.

12. The Plaintiff, Ira Seidel, has and will suffer physical and emotional pain and suffering.

13. No conduct on the part of the Plaintiff, Ira Seidel, contributed to the accident or to the injuries and damages sustained by him.

WHEREFORE, the Plaintiff, Ira Seidel, demands judgment against the Defendants, Academy Express, LLC, Academy Bus, LLC, and Academy Express Bus, jointly and severally, in an amount in excess of $75,000.00, plus interest and cost of this action.

/s/ Paul N. Rouhana
Paul N. Rouhana (DC Bar No. 1024632)
Seigel & Rouhana, LLC
501 Fairmount Avenue, Suite 100
Towson, Maryland 21286
Direct Phone: 443-470-1006
Main Number: 443-470-1015
Facsimile: 443-470-1036
E-mail: prouhana@srlegalgroup.com
*Counsel for Plaintiff*